# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GIOVANNI MUCCI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 14-cv-5215 |
| | : | |
| **MICHAEL TAYLOR, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __9th__ day of September, 2016, upon consideration of two motions for summary judgment filed on behalf of Defendant Dr. Thorris Green, (ECF No. 89), and Defendant Dr. Ronald Phillips, (ECF No. 90); oppositions to each summary judgment filed by Plaintiff Giovanni Mucci, (ECF Nos. 98, 103); and reply briefs submitted by Defendants Green and Phillips, (ECF Nos. 101, 106), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that:

1)  Defendant Dr. Thorris Green's Motion for Summary Judgment is **GRANTED** and **JUDGMENT** is entered in favor of Defendant Green on all claims asserted in Plaintiff's Second Amended Complaint.

2)  Defendant Dr. Ronald Phillips' Motion for Summary Judgment is **GRANTED** and **JUDGMENT** is entered in favor of Defendant Phillips on all claims asserted in Plaintiff's Second Amended Complaint.

BY THE COURT:

__/s/ Lynne A. Sitarski__
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE